# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRENOVOST, NORMANDIN,<br>DAWE & ROCHA, a professional<br>corporation,<br><br>　　　　Defendant(s). | **Case No.:** 20-cv-569-BEN-MSB<br><br>**ORDER GRANTING JOINT<br>MOTION TO DISMISS**<br><br>**[ECF No. 3]** |

Based upon the Parties' Joint Motion, ECF No. 3, and good cause, this Court hereby orders this case dismissed *with prejudice*.

**IT IS SO ORDERED.**

Dated:  September 23, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　United States District Judge